(75 South. 1003)

COVEY COTTON OIL CO. v. BANK OF FT. GAINES. (4 Div. 714.) (Supreme Court of Alabama. May 10, 1917.) Certiorari to Court of Appeals. McDowell & McDowell, of Eufaula, for appellant.

SOMERVILLE, J. Petition by the Covey

Cotton Oil Company to review and revise the judgment of the Court of Appeals in the case of Covey Cotton Oil Co. v. Bank of Ft. Gaines, 74 South. 87, affirming a judgment for plaintiff. Writ denied.